# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1570
LT Case No. 2022-SC-13865

_____

IAN WALKER,

Appellant,

v.

MICHELLE E. HIRSCH-DAVIS,

Appellee.

_____

On appeal from the County Court for Duval County.
Michael Bateh, Judge.

Ian Walker, Jacksonville, pro se.

No Appearance for Appellee.

September 5, 2023

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, EISNAUGLE, and Pratt, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____